HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-CR-00296-ADA-BAM-3 |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| vs. | ) **APPOINTING CJA PANEL COUNSEL** |
| LUIS FERNANDEZ, | ) |
| Defendant. | ) |

Defendant, Luis Fernandez, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel for assistance in seeking early termination of his supervised release that began on or about January 2022. Our office has a conflict.

Mr. Fernandez was sentenced on August 14, 2019, and was sentenced to 60 months custody and 5 years of Supervised Release. Mr. Fernandez submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel be appointed to assist with terminating his supervised release.

DATED: December 1, 2023                    */s/ Eric V Kersten*
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**December 6, 2023**__        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE