UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FERNANDEZ,<br><br>Defendant. | No. 1:17-cr-00296-DAD<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 286) |

On August 13, 2024, defendant Luis Fernandez, proceeding with counsel, filed a motion for early termination of his 60 month term of supervised release after successfully completing over 32 months of that term. (Doc. No. 286.) His motion is unopposed and defendant's supervising probation officer has no opposition to the termination of supervised release at this time.

Accordingly, good cause appearing, defendant Fernandez's motion (Doc. No. 286) is granted and his term of supervised release is terminated forthwith.

IT IS SO ORDERED.

Dated:  **August 21, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1